# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: **Roland Kedikian**
Street Address: **33 East Huntington Drive**
**Arcadia CA 91006**

Atty Name (if applicable): **Roland Kedikian**
CA Bar No. (if applicable): **CSB# 193164**
Atty Fax No. (if applicable): **626 445 8501**

Filer's Telephone No.: **626 445 2411**

In re: **Ashok Kumar Sahadevan**

Case No.: **2:11-bk-25937-PC**
Chapter 7 ___ **X** 11 ___ 13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes **X**    No ___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___    B ___    C ___    D **X**    E **X**    F **X**    G ___    H ___    I ___    J ___

Statement of Social Security Number(s) ___    Statement of Financial Affairs ___

Statement of Intentions ___    Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I, **Ashok Kumar Sahadevan**, the person(s) who subscribed to the foregoing Amended Schedule do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: **MAY 25, 2011**

_Ashok Kumar Sahadevan_
Debtor Signature

**\*\*FOR COURT USE ONLY\*\***

**\*\*SEE REVERSE SIDE\*\***

B-1008 Revised November 2003

Form B6C - (4/10)  2010 USBC, Central District of California

| In re Ashok Kumar Sahadevan | | Case No.: | |
|---|---|---|---|
| | Debtor. | 2:11-bk-25937-PC | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 10452 Glory Ave. Tujunga, CA 91042 | C.C.P. § 704.730(a)(1) | 75,000.00 | 500,000.00 |
| 1998 Lexus GS400 280K miles, paid off. | C.C.P. § 704.010 | 2,725.00 | 2,775.00 |
| Bank of America checking account Sunland | C.C.P. § 704.070 | 60.00 | 60.00 |
| cash | C.C.P. § 704.070 | 1,000.00 | 1,000.00 |
| Chase checking account, Tujunga | C.C.P. § 704.070 | 148.00 | 148.00 |
| household goods and furnishings | C.C.P. § 704.020 | 3,000.00 | 3,000.00 |
| wearing apparel | C.C.P. § 704.020 | 600.00 | 600.00 |
| whole life insurance New York Life cash value 7663.44 | C.C.P. § 704.100(b) | 11,475.00 | 7,663.44 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| In re | Ashok Kumar Sahadevan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | 2:11-bk-25937-PC | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 3007<br>Atlantic National Trust LLC<br>50 Portland Pier Suite 400<br>Portland ME 04101 | | | Judgment Lien<br>10452 Glory Ave.<br>Tujunga, CA 91042<br><br>Value $500,000.00 | | | X | 82,000.00 | 82,000.00 |
| Last four digits of ACCOUNT NO.<br>Black Burne & Sons<br>4811 Chippendale Dr. #101<br>Sacramento, CA 95841 | | | personal guaranty on secured loan on real estate under tastybird inc.<br><br>Value $0.00 | | | | 248,000.00 | 0.00 |
| Last four digits of ACCOUNT NO. 4408<br>Chase Loan Services<br>P O BOX 24696<br>Columbus OH 43224 | | | Mortgage<br>10452 Glory Ave.<br>Tujunga, CA 91042<br><br>Value $500,000.00 | | | | 381,403.00 | 0.00 |
| Last four digits of ACCOUNT NO. 7165<br>Chase Loan Services<br>ATTN: Home Equity Loan Services<br>PO Box 24714<br>Columbus, OH 43224 | | | Security Agreement<br>10452 Glory Ave.<br>Tujunga, CA 91042<br><br>Value $500,000.00 | | | | 50,800.00 | 0.00 |

0 continuation sheets attached

| | Subtotal (Total of this page) > | $ 762,203.00 | $ 82,000.00 |
|---|---|---|---|
| | Total (Use only on last page) > | $ 762,203.00 | $ 82,000.00 |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6E- (Rev. 04/10)                                                                                    2010 USBC, Central District of California

| In re | Ashok Kumar Sahadevan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | 2:11-bk-25937-PC | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals:** Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>1</u> continuation sheets attached

Form B6E- (Rev. 04/10)                                                                                  2010 USBC, Central District of California

| In re | Ashok Kumar Sahadevan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | 2:11-bk-25937-PC | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Dept. of Industrial Relations<br>2031 Howe Ave. # 100<br>Sacramento, CA 95825 | | | disputed claim from prior claimed employees | | | | 0.00 | 0.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | | | 2009 taxes for trust portion of employee taxes | | | | 24,000.00 | 24,000.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>State Board of Equalization<br>PO Box 730<br>Santa Rosa, CA 95402<br>ATTN: Julia Spaniel | | | | | | | 8,098.00 | 8,098.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page) $ 32,098.00 | $ 32,098.00 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 32,098.00

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 32,098.00 | $ 0.00

| In re | Ashok Kumar Sahadevan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | 2:11-bk-25937-PC | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 6077<br>Advance Me inc.<br>2015 Vaughn Road Bldg 500<br>Kennesaw GA 30144 | | | merchant credit card proccessing fees and advances 2009-2010 | | | | 3,936.00 |
| Last four digits of ACCOUNT NO.<br>Atkinson, Andelson, Loya Rud & Romo<br>Attn: Bill Betley<br>3450 14th street Suite 420<br>Riversie CA 92501 | | | defense attorney fees for disputed employment practices claim | | | X | 5,000.00 |
| Last four digits of ACCOUNT NO.<br>BA Merchant Services<br>Attn Kelly KY6-200-01-32<br>1231 Durret Lane<br>Louisville, KY 40213 | | | merchant services fee | | | | 232.12 |
| Last four digits of ACCOUNT NO. 5559<br>BA Merchant Services<br>ATTN: A. Gash<br>1231 Durrett Lane<br>Louisville, KY 40213 | | | Kentucky Fried Chicken | | | | 218.00 |
| Last four digits of ACCOUNT NO. 9599<br>Bank of America<br>101 North Tyron Street<br>NC1-001-07-06<br>Charlotte, NC 28255-0001 | | | business debt line of credit for business operating expenses 2007-2010 | | | | 103,457.00 |

_4_  Continuation sheets attached

|  | Subtotal ▶ | $ | 112,843.12 |
|---|---|---|---|
|  | Total ▶ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

| In re | Ashok Kumar Sahadevan | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | 2:11-bk-25937-PC | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 9350<br>Barclays Bank Delaware<br>Attention: Customer Support Department<br>Wilmington, DE 19899<br><br>Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | | | 02/2004<br><br>2004-2010<br>US Airways credit card<br>Mostly business expenses | | | | 27,159.00 |
| Last four digits of ACCOUNT NO. 7650<br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | 02/1994<br><br>Continnetal Airlines credit card<br>business opertating expenses 2010 | | | | 38,985.00 |
| Last four digits of ACCOUNT NO. 7485<br>Citibank Sd, Na<br>Attn: Centralized Bankruptcy PO Box 2050<br>Kansas City, MO 64195<br><br>Citibank Sd, Na<br>PO Box 6241<br>Sioux Falls, SD 57117 | | | 11/1989<br><br>Creditcard personal expenses 2008 | | | | 7,794.00 |
| Last four digits of ACCOUNT NO.<br>David J Crane CBA<br>369 8th Street<br>P O BOX 1483<br>Eureka CA 95501<br><br>Arcata Development Company Inc.<br>2703 E Street<br>Eureka CA 95501 | | | amount of debt disputed particulalry the amount claimed for fraud and punitive damages in default judgement<br>Arcata Development Co Inc. Vs. Ashok Sahadevan<br>Lawsuit case # DR100920<br>original matter was a 185K loan to remodel and upgrade restaurant in 2009 | | | X | 899,837.00 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 973,775.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Ashok Kumar Sahadevan | Debtor. | Case No.: 2:11-bk-25937-PC | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. David Wong 28846 Startree Lane Santa Clarita CA 91390 | | | 2010-12-07 2010 Judgement for back rent on commerical property | | | X | 15,229.00 |
| Last four digits of ACCOUNT NO. Direct Capital Corp. 155 Commerce Way Portsmouth, NH 03801  Hemar, Rousso & Heald 15910 Ventura Blvd. 12th flr. Encino, CA 91436 | | | Lawsuit # BC453049 commecrial equipment leasing 2009 | | | | 154,000.00 |
| Last four digits of ACCOUNT NO. J.T Larson 100 H St. #210 Eureka, CA 95501  Tomac LLC 5901 Ericson Way Arcata CA 95521 | | | Lawsuit # CV100770 Judgement back rent Myrthle Ave. | | | | 50,062.00 |
| Last four digits of ACCOUNT NO. KFC Corporation C/o Margaret Grant Stites & Harbison PLLC 400 West Market Street Ste 1800 Luoisville Kentucky 40202 | | | royalties to KFC | | | X | 86,000.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 305,291.00

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

| In re | Ashok Kumar Sahadevan | Debtor. | Case No.: 2:11-bk-25937-PC | (If known) |
|---|---|---|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Labor Commissioner, State of CA<br>Dept. of Industrial Relations<br>2115 Civic Center Dr. # 17<br>Redding, CA 96001 | | | Lawsuit # CV110053<br>Judgement | | | | 6,629.00 |
| Last four digits of ACCOUNT NO.<br>Labor Commissioner, State of CA<br>Dept. of Industrial Relations<br>2115 Civic Center Dr. # 17<br>Redding, CA 96001 | | | Lawsuit # CV110054<br>Judgement | | | | 6,047.00 |
| Last four digits of ACCOUNT NO.<br>Loren Electric Sign Corp.<br>12226 Coast Dr.<br>Whittier, CA 90601<br>ATTN: Dough Malo | | | business debt | | | | 5,000.00 |
| Last four digits of ACCOUNT NO.<br>Robert Smith MacMullin<br>944 Hidden Pond Lane<br>McKinleyvile, CA 95519 | | | Lawsuit case # CV110026 back rent on Broadway | | | | 41,787.00 |
| Last four digits of ACCOUNT NO.<br>Sovereign Bank<br>MC NY1 MLV 0101<br>3 Huntington Quadrangle, # 101N<br>Melville, NY 11747 | | | equipment lease 2009 | | | | 50,905.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 110,368.00

Total > $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)   2007 USBC, Central District of California

| In re | Ashok Kumar Sahadevan | Debtor. | Case No.: 2:11-bk-25937-PC | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Stephen Danz & Associates<br>Pip N, Smith<br>505 N. Arrowhead Ave. # 104<br>San Bernandino, CA 92401 | | | Lawsuit # CIVBS 1000549 | | | | 0.00 |
| Last four digits of ACCOUNT NO. 4573<br>Steritech<br>7600 Little Ave.<br>Charlotte, NC 28226 | | | | | | | 265.00 |
| Last four digits of ACCOUNT NO.<br>Tap & Tap & NG<br>2650 Mission St. #205<br>San Marino, CA 91108<br>ATTN: Landa Tapp | | | business debt | | | | 6,000.00 |
| Last four digits of ACCOUNT NO. 6735<br>Wells Fargo Business Direct Division<br>MAC 54101-050<br>PO Box 29746<br>Phoenix, AZ 29746 | | | operating expenses | | | | 97,692.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 103,957.00

Total > $ 1,606,234.12

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was (were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: _5/25/11_

**Roland Kedikian**
Print or Type Name

_____
Signature

(SEE ATTACHED MAILING LIST.)

Service List

DEPT. OF INDUSTRIAL RELATIONS
2031 HOWE AVE. # 100
SACRAMENTO, CA 95825

STATE BOARD OF EQUALLZATION
PO BOX 730
SANTA ROSA, CA 95402
ATTN: JULIA SPANIEL

LOREN ELECTRIC SIGN CORP.
12226 COAST DR.
WHITTIER, CA 90601
ATTN: DOUGH MALO

TAP & TAP & NG
2650 MISSION ST. #205
SAN MARINO, CA 91108
ATTN: LANDA TAPP

BLACK BURNE & SONS
4811 CHIPPENDALE DR. #101
SACRAMENTO, CA 95841

Trustee Jason M Rund
Sheridan & Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245

United States Trustee
725 South Figueroa st.
#2600
Los Angeles CA 90017